## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Case No.**11-cv-00946-AP**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| COLORADO SUN OIL PROCESSING LLC, | ) | Case No. 10-24424-SBB |
| | ) | |
| EIN: 26-2175087, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| COLORADO MILLS LLC | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HARVEY SENDER, chapter 11 trustee, and SUNOPTA GRAINS AND FOOD, INC., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

---

## ORDER GRANTING MOTION BY APPELLANT COLORADO MILLS LLC FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION FOR LEAVE TO APPEAL PURSUANT TO BANKRUPTCY RULE 8003

---

THIS MATTER, having come before the Court, and having reviewed Appellant Colorado Mills, LLC's Motion for Leave to File Reply Brief in Support of Its Motion for Leave to Appeal Pursuant to Bankruptcy Rule 8003;

ORDERS that Colorado Mills is granted leave to file a reply brief in support of its Motion for Leave to Appeal within (7) days from the date of this Order.

Dated:  April 26, 2011

BY THE COURT

*s/John L. Kane*
U.S. District Court Judge