IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-946-AP**

IN RE:
**COLORADO SUN OIL PROCESSING, LLC**,

       Debtor.

**COLORADO MILLS, LLC,**

       Appellant,

v.

**HARVEY SENDER, Chapter 11 Trustee, and
SUNOPTA GRAINS AND FOOD, INC.,**

       Appellees.

## ORDER

Kane, J.

Given the imminence of the bid deadline of May 4, 2011, and the potential for irreparable harm, Appellant Colorado Mills, LLC's Emergency Forthwith Motion for Stay Pending Resolution of its Motion for Leave To Appeal Pursuant to Bankruptcy Rule 8003 and Joinder of Motion of SK Food International, Inc. for Stay Pending Resolution of Colorado Mills, LLC's Motion for Leave to Appeal Interlocutory Order Granting Bid Procedures Motion (doc. #12), filed May 2, 2011 is **GRANTED**.  The Motion of SK Food International, Inc. for Stay Pending Resolution of Colorado Mills, LLC's Motion for Leave to Appeal Interlocutory Order Granting Bid Procedures Motion (doc. #13), filed May 3, 2011, is likewise **GRANTED**. This case is **STAYED** pending Resolution of the Motion for Leave To Appeal.

Dated this 3rd day of May, 2011.

                                                BY THE COURT:

                                                ***s/John L. Kane***
                                                John L. Kane, Senior Judge
                                                United States District Court