IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-946-AP**

IN RE:
**COLORADO SUN OIL PROCESSING, LLC**,

       Debtor.

**COLORADO MILLS, LLC,**

       Appellant,

v.

**HARVEY SENDER, Chapter 11 Trustee, and
SUNOPTA GRAINS AND FOOD, INC.,**

       Appellees.

## ORDER

Kane, J.

The Supplemental Status Report of Appellant Colorado Mills, LLC, shall be treated as a Voluntary Motion to Dismiss, and as such is **GRANTED**. This appeal is **DISMISSED AS MOOT**.

Dated this 31st day of August, 2011.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court